# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-20-00074-CV
_____


## IN RE MARK ATHANS

_____

**Original Proceeding**
**County Court at Law No. 3 of Montgomery County, Texas**
**Trial Cause No. 18-01-01228-CV**

_____

## ORDER

Mark Athans filed a petition for writ of mandamus. The relator is the respondent in contempt proceedings in Trial Cause Number 18-01-01228-CV, *In the Matter of the Marriage of Mark Edward Athans and Charity Lenee Athans*. Relator seeks a writ compelling the Honorable Patrice McDonald, Judge of the County Court at Law Number 3 of Montgomery County, Texas, to set aside the divorce decree and all orders flowing from it, including a contempt order. *See* Tex. Gov't Code Ann. §

1

22.221. In the alternative, relator asks this Court to set aside the contempt order and order a new trial with a mandate that extrinsic evidence is permissible.

Relator requests that all contempt proceedings, including his payment obligations, be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further proceedings in Trial Cause Number 18-01-01228-CV are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, Charity Lenee Athans, is due March 12, 2020.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED March 2, 2020.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.